B6 Summary (Official Form 6 - Summary) (12/07)

## United States Bankruptcy Court
### District of Nevada

In re    **Robert A. Hirschorn**,    Case No. **09-20269-MKN**
Debtor

Chapter    **13**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 464,577.07 | | |
| B - Personal Property | Yes | 3 | 57,881.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 571,743.65 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 102,000.52 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,499.90 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,299.00 |
| Total Number of Sheets of ALL Schedules | | 23 | | | |
| | | Total Assets | 522,458.07 | | |
| | | | Total Liabilities | 673,744.17 | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Nevada

In re **Robert A. Hirschorn**, Debtor

Case No. **09-20269-MKN**

Chapter **13**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 3,499.90 |
| Average Expenses (from Schedule J, Line 18) | 3,299.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 4,701.95 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 95,370.06 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 102,000.52 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 197,370.58 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

In re  **Robert A. Hirschorn**                                              , Case No. __**09-20269-MKN**__
                            Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **555 E. Silverado Ranch Blvd., #2105, Las Vegas 89183** <br> ***Retain/arrs in plan*** <br> ****Sale Date - 06/17/09!!!!**** | **Residence** | - | **70,000.00** | **165,370.06** |
| **Land in AZ; given to ex-wife pursuant to Divorce Decree** | **Land** | - | **Unknown** | **0.00** |
| **WorldMark Timeshare given to Ex-Wife pursuant to Divorce Decree** | **Timeshare** | - | **Unknown** | **0.00** |
| **10985 Dornoch Castle Street** <br> **Las Vegas, NV 89141** |  | - | **394,577.07** | **394,577.07** |

                                                              Sub-Total >     **464,577.07**     (Total of this page)

                                                                  Total >     **464,577.07**

__**0**__  continuation sheets attached to the Schedule of Real Property

                                                               (Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                                       Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Robert A. Hirschorn**, Case No. **09-20269-MKN**
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bank of America**<br>**475 CrossPoint Parkway, P.O. Box 9000**<br>**Getzville, NY 14068** | | - | **10985 Dornoch Castle Street**<br>**Las Vegas, NV 89141**<br><br>Value $ 394,577.07 | | | | 394,577.07 | 0.00 |
| Account No.<br><br>**CarMax Auto Finance**<br>**Po Box 3174**<br>**Milwaukee, WI 53201** | | - | **2008**<br><br>**Auto Loan**<br><br>**1999 Lexus GS300 *LBBV***<br>**Retain/Current**<br><br>Value $ 12,000.00 | | | | 11,796.52 | 0.00 |
| Account No. **xxxxxxxxx8502**<br><br>**Hsbc Bank**<br>**Po Box 5253**<br>**Carol Stream, IL 60197** | | - | **Opened 3/01/07 Last Active 12/01/08**<br>**First Mortgage**<br>**555 E. Silverado Ranch Blvd., #2105, Las Vegas 89183**<br>***Retain/arrs in plan***<br>****Sale Date - 06/17/09!!!!****<br><br>Value $ 70,000.00 | | | | 132,256.06 | 62,256.06 |
| Account No. **xxxxxxxxxxxx0001**<br><br>**Wells Fargo Bank Nv Na**<br>**Po Box 31557**<br>**Billings, MT 59107** | | - | **Opened 3/01/07 Last Active 1/01/09**<br>**Second Mortgage**<br>**555 E. Silverado Ranch Blvd., #2105, Las Vegas 89183**<br>***Retain/arrs in plan***<br>****Sale Date - 06/17/09!!!!****<br><br>Value $ 70,000.00 | | | | 33,114.00 | 33,114.00 |
| **0** continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 571,743.65 | 95,370.06 |
| | | | Total<br>(Report on Summary of Schedules) | | | | 571,743.65 | 95,370.06 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Robert A. Hirschorn**                                ,   Case No.   **09-20269-MKN**
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx8180**<br><br>**Accredited Home Lender**<br>**15253 Avenue Of Science**<br>**San Diego, CA 92128** | | - | **Opened 3/01/05 Last Active 5/04/05**<br>**ConventionalRealEstateMortgage** | | | | 0.00 |
| Account No. **xxxxxxxxxx0001**<br><br>**American Honda Finance**<br>**6261 Katella Ave Ste 1a**<br>**Cypress, CA 90630** | | - | **Opened 10/01/99 Last Active 12/01/99**<br>**Automobile** | | | | 0.00 |
| Account No. **xxxxxxxxxxxx4412**<br><br>**Amex**<br>**Po Box 297871**<br>**Fort Lauderdale, FL 33329** | | - | **Opened 7/01/98 Last Active 7/01/00**<br>**CreditCard** | | | | 0.00 |
| Account No. **xxxxxxxxxxxx9883**<br><br>**Amex**<br>**Po Box 297871**<br>**Fort Lauderdale, FL 33329** | | - | **Opened 6/01/07 Last Active 8/19/08**<br>**CreditCard** | | | | 0.00 |

__10__  continuation sheets attached

Subtotal
(Total of this page)    0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:28799-090414    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A. Hirschorn**, Case No. **09-20269-MKN**
                     Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxxx7333<br><br>**Amex**<br>**Po Box 297871**<br>**Fort Lauderdale, FL 33329** | | - | **Opened 2/01/95**<br>**CreditCard** | | | | **Unknown** |
| Account No. xxxxxxxx1280<br><br>**Bank Of America**<br>**475 Crosspoint Pkwy**<br>**Getzville, NY 14068** | | - | **Opened 3/01/06 Last Active 11/03/08**<br>**Collection** | | | | **Unknown** |
| Account No. xxxxxxxxx7599<br><br>**Bank Of America**<br>**4161 Piedmont Pkwy**<br>**Greensboro, NC 27410** | | - | **Opened 4/01/05 Last Active 4/01/09**<br>**CreditLineSecured** | | | | **50,694.00** |
| Account No. 5688<br><br>**Bank Of America**<br>**Pob 17054**<br>**Wilmington, DE 19884** | | - | **Opened 2/01/07 Last Active 12/01/08**<br>**CreditCard** | | | | **12,573.00** |
| Account No. xxxxxxxx0043<br><br>**Bank Of America**<br>**Po Box 1598**<br>**Norfolk, VA 23501** | | - | **Opened 9/01/98 Last Active 2/22/01**<br>**CreditCard** | | | | **0.00** |

Sheet no. **1** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **63,267.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A. Hirschorn**, Case No. **09-20269-MKN**
                                Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx0000**<br><br>**Bank Of America**<br>**Po Box 1598**<br>**Norfolk, VA 23501** | | - | Opened 8/01/94 Last Active 9/01/99<br>**CreditCard** | | | | 0.00 |
| Account No. **xxxxxxxxx5199**<br><br>**Bank Of America**<br>**4161 Piedmont Pkwy**<br>**Greensboro, NC 27410** | | - | Opened 2/01/04 Last Active 12/01/04<br>**CreditLineSecured** | | | | 0.00 |
| Account No. **3675**<br><br>**Bk Of Amer**<br>**4060 Ogletown/Stan**<br>**Newark, DE 19713** | | - | Opened 8/01/94 Last Active 10/01/98<br>**CreditCard** | | | | 0.00 |
| Account No. **6990**<br><br>**Bk Of Amer**<br>**4060 Ogletown/Stan**<br>**Newark, DE 19713** | | - | Opened 9/11/98 Last Active 2/22/01<br>**CreditCard** | | | | 0.00 |
| Account No. **xxx5446**<br><br>**Carmax Auto Finance**<br>**2040 Thalbro St**<br>**Richmond, VA 23230** | | - | Opened 3/01/06 Last Active 12/04/06<br>**Automobile** | | | | 0.00 |

Sheet no. **2** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A. Hirschorn**, Case No. **09-20269-MKN**
　　　　　　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx8129<br><br>CarMax Business Services LLC c/o CarMax<br>P.O. Box 440609<br>Kennesaw, GA 30160 | | - | Opened 12/01/07  Last Active 6/01/09<br>Automobile | | | | 11,796.52 |
| Account No. xxxxxxxx6204<br><br>Citi<br>Po Box 6241<br>Sioux Falls, SD 57117 | | - | Opened 3/01/01  Last Active 11/06/08<br>CreditCard | | | | 26,518.00 |
| Account No. xxxxxxxx5769<br><br>Citi<br>P.O. Box 6500  C/O Citi Corp<br>Sioux Falls, SD 57117-6500 | | - | Opened 3/01/05  Last Active 11/01/06 | | | | 0.00 |
| Account No. xxxxxxxxxxxx6314<br><br>Citifinancial<br>Po Box 22065<br>Tempe, AZ 85285 | | - | Opened 1/01/02<br>InstallmentSalesContract | | | | 0.00 |
| Account No. xxxxxxxxxxxx3362<br><br>Citifinancial<br>3035 N Rainbow Blvd<br>Las Vegas, NV 89108 | | - | Opened 1/01/02  Last Active 4/01/02<br>InstallmentSalesContract | | | | 0.00 |

Sheet no. **3** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)　**38,314.52**

In re   **Robert A. Hirschorn**,   Case No.  **09-20269-MKN**

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx6392<br><br>**Consecofin**<br>**345 St Peter/900 Landmk**<br>**Saint Paul, MN 55102** | | - | Opened 1/01/03 Last Active 3/01/03<br>ChargeAccount | | | | 0.00 |
| Account No. xxxxxxxxxxxx2470<br><br>**Consecofin**<br>**345 St Peter/900 Landmk**<br>**Saint Paul, MN 55102** | | - | Opened 10/01/99 Last Active 11/29/99<br>ChargeAccount | | | | 0.00 |
| Account No. xxxxxx1376<br><br>**Credit Control Corp**<br>**11821 Rock Landing Dr**<br>**Newport News, VA 23606** | | - | Opened 1/01/09 Last Active 5/12/09<br>CollectionAttorney Cox Communications L | | | | 0.00 |
| Account No. xxxxxx3404<br><br>**Dime Savings Bank**<br>**1460 Valley Rd**<br>**Wayne, NJ 07470** | | - | Opened 3/01/00<br>ConventionalRealEstateMortgage | | | | Unknown |
| Account No. xxxxxxxx4065<br><br>**Discover Fin Svcs Llc**<br>**Po Box 15316**<br>**Wilmington, DE 19850** | | - | Opened 4/01/01 Last Active 11/01/02<br>CreditCard | | | | 0.00 |

Sheet no. **4** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A. Hirschorn**, Case No. **09-20269-MKN**
  Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxx7017<br><br>Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850 | | - | Opened 8/01/97<br>CreditCard | | | | **Unknown** |
| Account No. xxxxxxxx1567<br><br>Emc Mortg<br>909 Hidden Rdg #200<br>Irving, TX 75038-3813 | | - | Opened 12/01/04 Last Active 3/01/06<br>Mortgage | | | | **Unknown** |
| Account No. xxxxxx2052<br><br>First Natl Bk Of Nevad<br>1775 S Casino Dr<br>Laughlin, NV 89029 | | - | Opened 8/01/07 Last Active 12/16/08<br>ConventionalRealEstateMortgage | | | | **Unknown** |
| Account No. xxxxxx2052<br><br>First Natl Bk Of Nevad<br>1775 S Casino Dr<br>Laughlin, NV 89029 | | - | Opened 8/01/07 Last Active 1/16/09<br>ConventionalRealEstateMortgage | | | | 0.00 |
| Account No. xxxxxxx2099<br><br>Gemb/Gap<br>Po Box 981400<br>El Paso, TX 79998 | | - | Opened 11/01/04 Last Active 1/24/05<br>ChargeAccount | | | | 0.00 |

Sheet no. __5__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037  Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A. Hirschorn**, Case No. **09-20269-MKN**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx6051<br><br>**Gmac Mortgage**<br>**Po Box 4622**<br>**Waterloo, IA 50704** | | - | **Opened 8/01/07 Last Active 2/18/08**<br>**ConventionalRealEstateMortgage** | | | | 0.00 |
| Account No. xxxxxxxx9224<br><br>**Green Point Savings**<br>**4160 Main St**<br>**Flushing, NY 11355** | | - | **Opened 12/01/04 Last Active 1/08/07**<br>**ConventionalRealEstateMortgage** | | | | 0.00 |
| Account No. xxxxxxxx9232<br><br>**Green Point Savings**<br>**4160 Main St**<br>**Flushing, NY 11355** | | - | **Opened 12/01/04 Last Active 4/13/05**<br>**CreditLineSecured** | | | | 0.00 |
| Account No. xxxxxx2391<br><br>**Hsbc Bank**<br>**Po Box 5253**<br>**Carol Stream, IL 60197** | | - | **Opened 1/01/08**<br>**CreditCard** | | | | 0.00 |
| Account No. xxxxxxxx0215<br><br>**Hsbc Bank**<br>**Po Box 5253**<br>**Carol Stream, IL 60197** | | - | **Opened 1/29/08**<br>**Other Flexible Spending Credit Card** | | | | 0.00 |

Sheet no. **6** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A. Hirschorn**, Case No. **09-20269-MKN**
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx7184**<br><br>**Hsbc/Ms**<br>**Po Box 9068**<br>**Brandon, FL 33509** | | - | **Opened 3/01/05 Last Active 7/16/07**<br>**ConventionalRealEstateMortgage** | | | | 0.00 |
| Account No. **xxxxxx2297**<br><br>**Hsbc/Saks**<br>**140 W Industrial Dr**<br>**Elmhurst, IL 60126** | | - | **Opened 1/01/08 Last Active 2/27/08**<br>**ChargeAccount** | | | | Unknown |
| Account No. **xxx6970**<br><br>**Nationwide Recovery Sy**<br>**2304 Tarpley Rd Ste 134**<br>**Carrollton, TX 75006** | | - | **Opened 1/01/09 Last Active 2/18/09**<br>**CollectionAttorney At T Mobility** | | | | 131.00 |
| Account No. **xxxxxxxx3443**<br><br>**Pennymac Loan Services**<br>**27001 Agoura Rd Ste 350**<br>**Calabasas, CA 91301** | | - | **Opened 8/01/07 Last Active 5/01/09**<br>**ConventionalRealEstateMortgage** | | | | Unknown |
| Account No. **xxxxxxxx6088**<br><br>**Pnc Mortgage Servicing**<br>**Po Box 37560**<br>**Louisville, KY 40233** | | - | **Opened 3/01/00 Last Active 2/01/01**<br>**ConventionalRealEstateMortgage** | | | | Unknown |

Sheet no. **7** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **131.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert A. Hirschorn**,  Case No. **09-20269-MKN**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community - H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxx6191<br><br>**Pnc Mortgage Servicing**<br>**Po Box 37560**<br>**Louisville, KY 40233** | | - | **Opened 2/01/01**<br>**ConventionalRealEstateMortgage** | | | | **Unknown** |
| Account No. xxxxxx8215<br><br>**Rc Willey Home Furn**<br>**2301 S 300 W**<br>**Salt Lake City, UT 84115** | | - | **Opened 8/01/03 Last Active 6/10/08**<br>**ChargeAccount** | | | | **Unknown** |
| Account No. xxxx1987<br><br>**Sears/Cbsd**<br>**Po Box 6189**<br>**Sioux Falls, SD 57117** | | - | **Opened 8/01/95**<br>**ChargeAccount** | | | | **Unknown** |
| Account No. xxxxxxxxx3523<br><br>**Washington Mutual Fa**<br>**Po Box 1093**<br>**Northridge, CA 91328** | | - | **Opened 1/01/07 Last Active 1/01/08**<br>**Collection** | | | | **Unknown** |
| Account No. xxxxxxxxx5815<br><br>**Washington Mutual Fa**<br>**Po Box 1093**<br>**Northridge, CA 91328** | | - | **Opened 1/01/02 Last Active 9/01/03**<br>**ConventionalRealEstateMortgage** | | | | **Unknown** |

Sheet no. __8__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A. Hirschorn**, Case No. **09-20269-MKN**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx3215<br><br>Washington Mutual Fa<br>Po Box 1093<br>Northridge, CA 91328 | | - | Opened 2/01/01 Last Active 1/01/02<br>ConventionalRealEstateMortgage | | | | Unknown |
| Account No. xxxxxxxx3515<br><br>Washington Mutual Fa<br>Po Box 1093<br>Northridge, CA 91328 | | - | Opened 1/01/07 Last Active 1/01/08<br>ConventionalRealEstateMortgage | | | | Unknown |
| Account No. xxxxxxxxxxxx9001<br><br>Wells Fargo<br>Po Box 29704<br>Phoenix, AZ 85038 | | - | Opened 5/01/03 Last Active 12/01/04<br>Automobile | | | | Unknown |
| Account No. xxxxxxxxxxxx1998<br><br>Wells Fargo Bank Nv Na<br>Po Box 31557<br>Billings, MT 59107 | | - | Opened 4/01/03 Last Active 9/01/03<br>CreditLineSecured | | | | Unknown |
| Account No. xxxxx3678<br><br>Wfnnb/Express<br>Po Box 330066<br>Northglenn, CO 80233 | | - | Opened 11/01/07 Last Active 3/01/08<br>ChargeAccount | | | | 288.00 |

Sheet no. **9** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **288.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert A. Hirschorn**,  Case No. **09-20269-MKN**
  Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx0867<br><br>Wfnnb/Express<br>4590 E Broad St<br>Columbus, OH 43213 | | - | Opened 7/01/95 Last Active 5/01/01<br>ChargeAccount | | | | Unknown |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **10** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

Total (Report on Summary of Schedules) **102,000.52**

E-filed on __August 3, 2009__  
8/03/09 5:32PM

**Matthew E. Aaron**
Name

**004900**
Bar Code #

**2300 W. Sahara Avenue, #650**
**Las Vegas, NV 89102**
Address

**(702) 384-4111**
Phone Number

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:   **Robert A. Hirschorn**

Case #    **09-20269-MKN**
Chapter   **13**
Trustee

Debtor(s)

## AMENDMENT COVER SHEET

**Amendment(s) to the following are transmitted herewith. Check all that apply.**

- ( ) Petition (must be signed by debtor *and* attorney for debtor per Fed. R. Bankr. P. 9011)
- ( **X** ) Summary of Schedules
- ( **X** ) Schedule A - Real Property
- ( ) Schedule B - Personal Property
- ( ) Schedule C - Property Claimed as Exempt
- ( **X** ) Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders
    - ( ) Add/delete creditor(s), change amount or classification of debt - **$26.00 fee required**
    - ( ) Add/change address of already listed creditor, add name/address of attorney for already listed creditor, amend petition, attach new petition on converted case, supply missing document(s) - **no fee**

* Must provide diskette and comply with Local Rule 1007 if add/delete creditor or add/change address of already listed creditor

- ( ) Schedule G - Schedule of Executory Contracts & Unexpired Leases
- ( ) Schedule H - Codebtors
- ( ) Schedule I - Current Income of Individual Debtor(s)
- ( ) Schedule J - Current Expenditures of Individual Debtor(s)
- ( ) Statement of Financial Affairs

### Declaration of Debtor

**I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.**

**/s/ Robert A. Hirschorn**
**Robert A. Hirschorn**
**Debtor's Signature**
**Date:  August 3, 2009**

(Revised 4/19/04)